16641.   BRYANT *v.* GEORGIA RAILWAY & POWER COMPANY.

LUKE, J.  Nellie M. Bryant brought her suit against Georgia Railway & Power Company, seeking to recover damages for the homicide of her husband.  At the conclusion of the evidence a nonsuit was awarded. *Held:*  Under no view of the evidence was the plaintiff's petition sustained.  The court properly granted the nonsuit.  See *Briscoe* v. *Southern Ry. Co.,* 103 *Ga.* 224 (28 S. E. 638); *Schroeder* v. *Ga. Ry. & Electric Co.,* 142 *Ga.* 173 (82 S. E. 553), and cases cited.

   *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

    DECIDED NOVEMBER 10, 1925.

Action for damages; from city court of Atlanta—Judge Reid. June 5, 1925.

Certiorari was granted by the Supreme Court.

From the evidence it appeared that the plaintiff's husband was killed by a street-car when he jumped in its way to avoid being struck by an automobile.

*W. E. Arnaud, J. K. Jordan,* for plaintiff.

*Colquitt & Conyers, Sidney Smith,* for defendant.